IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>HECTOR SALINAS-DIAZ, et al.,<br><br>  Defendants. | Case No. CR 10-70-E-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

The Court has before it a motion to continue trial filed by defendant Salinas-Diaz. The co-defendants have all pled guilty and are awaiting sentencing. The defendant requests additional time so that his counsel will have adequate time to prepare for trial. Defense counsel requests at least 30 days, and the Court finds that a continuance until December 20, 2010, would be reasonable given the complexities of this case.

Under all these circumstances, the Court finds that a continuance is needed to give defense counsel an opportunity to provide an effective defense. Thus, a continuance is warranted under 18 U.S.C. §3161(h)(7)(B)(iv) which authorizes a finding of excludable time when the refusal to grant a continuance would "deny

**Memorandum Decision & Order - 1**

counsel for the defendant ... the reasonable time necessary for effective preparation ...." Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs the Defendant's and the public's interest in a speedy trial under 18 U.S.C. §3161(h)(7)(A).

The statements of defense counsel establish that the trial should be reset on December 20, 2010, at 1:30 p.m. The Court finds that the period of time between the motion for continuance and the new trial date is excludable time under the Speedy Trial Act. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the Motion for continuance (docket no. 93) filed by Defendant be, and the same is hereby, GRANTED, and that the present trial date be VACATED, and that a new trial be set for **December 20, 2010, at 1:30 p.m.** in the Federal Courthouse in Pocatello, Idaho.

IT IS FURTHER ORDERED, that the period of time between the filing of the motion for continuance and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A).

IT IS FURTHER ORDERED, that the pretrial conference shall be held on December 9, 2010, at 4:00 p.m. by telephone with the Government to initiate the call. The Court can be reached at 208-334-9145. The defendant need not be on the

line as only logistics will be discussed.

IT IS FURTHER ORDERED, that the Defendant shall file all pretrial motions on or before **December 9, 2010.**

DATED: **October 25, 2010**

B. LYNN WINMILL
Chief Judge
United States District Court

**Memorandum Decision & Order - 3**